# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRANDON NYCOLE ROBINSON

NO. 2019 KW 1470

JAN 16 2020

---

In Re:     Brandon Nycole Robinson, applying for supervisory
           writs, 32nd Judicial District Court, Parish of
           Terrebonne, No. 716,974.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT